**Order entered May 17, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01141-CV

## IN THE INTEREST OF M.J.K., A CHILD

**On Appeal from the 469th Judicial District Court
Collin County, Texas
Trial Court Cause No. 469-55553-2009**

## ORDER

We **GRANT** appellant's May 15, 2016 unopposed motion to extend time to file reply brief. Appellant's reply brief is due May 27, 2016.

/s/    CRAIG STODDART
       JUSTICE